UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-CV-23485-DPG

MARK ZUNIGA,

Plaintiff,

DELBERT SERVICES CORPORATION,

Defendant.
_______________________________________/

## NOTICE OF SETTLEMENT

Plaintiff, Mark Zuniga hereby gives notice that the parties have reached a settlement and that the parties will execute formal settlement documentation within 30 days.

_____________/S/________________________
Bruce B. Baldwin, Esq. FBN 493023
Debt Defense Law
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided to counsel of record via the CM/ECF system this 19th day of November 2014.

_________/S/_______________
Bruce B. Baldwin